No. 25-2899

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FEMALE ATHLETES UNITED,

*Plaintiff-Appellant*,

v.

KEITH ELLISON, in his official capacity as Attorney General of Minnesota; REBECCA LUCERO, in her official capacity as Commissioner of the Minnesota Commission on Civil Rights; ERICH MARTENS, in his official capacity as Executive Director of the Minnesota State High School League; WILLIE JETT, in his official capacity as the Minnesota Commissioner of Education; INDEPENDENT SCHOOL DISTRICT NO. 11 SCHOOL BOARD; INDEPENDENT SCHOOL DISTRICT NO. 192 SCHOOL BOARD; AND INDEPENDENT SCHOOL DISTRICT NO. 279 SCHOOL BOARD,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Minnesota
Case No. 0:25-cv-02151-ECT-DLM

## APPELLANT'S STATEMENT OF ISSUES

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Jonathan A. Scruggs
Henry W. Frampton, IV
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
hframpton@adflegal.org

Rory T. Gray
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville GA 30043
(770) 339-0774
rgray@adflegal.org

*Counsel for Plaintiff-Appellant*

Pursuant to this Court's briefing schedule order dated September 26, 2025, Appellant submits this Statement of Issues. The issues on appeal are:

1. Whether the district court erred in denying Plaintiff-Appellant Female Athletes United's ("FAU") motion for a preliminary injunction. Fed. R. Civ. P. 65; *D.M. ex rel. Bao Xiong v. Minn. State High Sch. League*, 917 F.3d 994 (8th Cir. 2019).

2. Whether private parties may sue based on Title IX's athletic regulations. 20 U.S.C. § 1681; 34 C.F.R. § 106.41; *Cannon v. Univ. of Chi.*, 441 U.S. 677 (1979); *Alexander v. Sandoval*, 532 U.S. 275 (2001); *Portz v. St. Cloud State Univ.*, 16 F.4th 577 (8th Cir. 2021); *Berndsen v. N. Dakota Univ. Sys.*, 7 F.4th 782 (8th Cir. 2021).

Dated: October 9, 2025

Respectfully submitted,

*s/Rory T. Gray*

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@adflegal.org

Jonathan A. Scruggs
Henry W. Frampton, IV
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@adflegal.org
hframpton@adflegal.org

Rory T. Gray
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville GA 30043
(770) 339-0774
rgray@adflegal.org

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by that system.

*s/Rory T. Gray*
Rory T. Gray
*Counsel for Plaintiff-Appellant*
