# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2899

Female Athletes United

Appellant

v.

Keith M. Ellison, in his official capacity as Attorney General of Minnesota, et al.

Appellees

------------------------------

State of Iowa, et al.

Amici on Behalf of Appellant(s)

State of Washington, et al.

Amici on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-02151-ECT)

___

**ORDER**

    The motion to hold the appeal in abeyance and the motion for an injunction pending appeal have been considered by the court and are denied. On the court's own motion, the appeal will be expedited for hearing before this panel. The Clerk is directed to set this case for oral argument during the January 12-16, 2026, session of court in St. Louis, Missouri. Counsel will be advised of the exact time and date of the argument when the Clerk publishes the January 2026 calendar. Appellant's brief and appendix are currently due November 17, 2025. No extensions of time to file briefs will be granted.

                                       November 05, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
    /s/ Susan E. Bindler