No. 25-2899

# In the United States Court of Appeals for the Eighth Circuit

FEMALE ATHLETES UNITED,
             *Plaintiff-Appellant*

v.

KEITH ELLISON, in his official capacity as Attorney General of Minnesota; REBECCA LUCERO, in her official capacity as Commissioner of the Minnesota Commission on Civil Rights; ERICH MARTENS, in his official capacity as Executive Director of the Minnesota State High School League; WILLIE JETT, in his official capacity as the Minnesota Commissioner of Education; INDEPENDENT SCHOOL DISTRICT NO. 11 SCHOOL BOARD; INDEPENDENT SCHOOL DISTRICT NO. 192 SCHOOL BOARD; AND INDEPENDENT SCHOOL DISTRICT NO. 279 SCHOOL BOARD,
             *Defendants-Appellees*

On Appeal from No. 0:25-cv-02151 in
the United States District Court for the District of Minnesota

## MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF APPELLANT

        Michelle Stratton
        Christian McGuire
        MURPHY BALL STRATTON LLP
        1001 Fannin St., Suite 720
        Houston, Texas 77002
        (832) 726-8321
        mstratton@mbssmartlaw.com
        cmcguire@mbssmartlaw.com

        *Counsel for* Amici Curiae

# ARGUMENT

In accordance with Federal Rule of Appellate Procedure 29(a)(2) and (3)(a)-(b), *amici curiae* sport scientists move for leave to file the accompanying brief in support of Appellant Female Athletes United. *See* Ex. A. *Amici* sought consent from all parties, but Appellees either did not respond or denied consent, necessitating this motion. *See* FED. R. APP. P. 29(a)(2). This motion is filed within seven days of Appellant's brief, which was filed on November 18, 2025. *See* FED. R. APP. P. 29(a)(6).

**Interest of *Amici Curiae*.** *Amici* are sport physiology experts. They wish to apprise the Court of the scientific research that they and others have conducted on human sexual dimorphism, athletic performance, and the physiological effects of testosterone suppression. They believe that the scientific evidence and the interests of competitive parity favor Appellant's position.

**Why the Amicus Brief Is Desirable and Relevant.** Appellant argues that allowing males to compete in female sports violates Title IX by undermining fair and safe competition for females and that Title IX requires sex-based separation in athletics to ensure equal opportunity. *Amici*'s brief describes and discusses scientific evidence regarding sex-

based physiological differences and their impact on athletic performance. The brief shows that males have significant physiological and athletic advantages over females that testosterone suppression does not erase. This information is not fully addressed in the parties' filings and will assist the Court in evaluating Appellant's Title IX claims, which turn on whether allowing males to compete in women's sports denies females equal athletic opportunity.

## CONCLUSION

The Court should grant *amici curiae*'s motion for leave to file the attached amicus brief.

Respectfully submitted,

*/s/Michelle Stratton*
Michelle Stratton
Christian McGuire
MURPHY BALL STRATTON LLP
1001 Fannin St., Suite 720
Houston, Texas 77002
(832) 726-8321
mstratton@mbssmartlaw.com
cmcguire@mbssmartlaw.com

*Counsel for* Amici Curiae
*Sport Scientists*

## CERTIFICATE OF SERVICE

Using the Court's ECF filing system, I served this motion on November 19, 2025 upon all counsel of record.

*/s/ Christian McGuire*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limit of FED. R. APP. P. 27(d)(2)(A) because, excluding the parts of the document exempted, this document contains 265 words.

2. This motion complies with the typeface and type-style requirements of FED. R. APP. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

*/s/ Christian McGuire*