March 24, 2026

***VIA CM/ECF***

Ms. Susan E. Bindler
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

      **Re:**   ***Female Athletes United v. Keith Ellison, et al.***
              Eighth Circuit File No. 25-2899

Dear Clerk of Court:

This is a notification that Anna Veit-Carter will no longer be with the Office of the Minnesota Attorney General effective March 25, 2026, and therefore will be withdrawing as counsel for Appellees Keith Ellison, Rebecca Lucero and Willie Jett.

The above-named Appellees continue to be represented by Solicitor General Liz Kramer, Deputy Solicitor General Peter Farrell, and Assistant Attorneys General Maura Allen and Katherine Bies.

              Sincerely,

              s/ **Anna Veit-Carter**
              ANNA VEIT-CARTER
              Assistant Attorney General

              (651) 300-7547 (Voice)
              (651) 282-5832 (Fax)
              anna.veit-carter@ag.state.mn.us